FILED
2005 Sep-28 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUAN JOSE DIAZ,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>)<br>Defendant. ) | Civil Action Number<br>**2:03-CV-08023-UWC** |

## ORDER OF DISMISSAL

On August 23, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On September 16, 2005, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation. On September 19, 2005, the government filed a response to petitioner's objections.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, petitioner's objections thereto and the government's response to the objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED as to Issues 1 and 4 and this action hereby is DISMISSED.

Costs shall be taxed as paid.

Done this 28th day of September, 2005.

_____
U.W. Clemon
Chief United States District Judge